■ BLUE CROSS AND BLUE SHIELD OF WESTERN NEW YORK, INC., Respondent, v JOSEPH P. MICHAEL, Defendant, and J. P. MICHAEL, INC., Also Known as EMPLOYEE BENEFITS SERVICES, et al., Appellants. [679 NYS2d 863] —Judgment unanimously affirmed with costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Kane, J.). We note that the

appeal was taken from that part of an order that was subsumed in a subsequent judgment, and thus the appeal is properly taken from the judgment, not the order (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988). We exercise our discretion to disregard the misstatement in the notice of appeal, and we treat the appeal as taken from the judgment (*see,* CPLR 5520 [c]; *Hughes v Nussbaumer, Clarke & Velzy, supra*). (Appeal from Judgment of Supreme Court, Erie County, Kane, J.—Summary Judgment.) Present—Green, J. P., Pigott, Jr., Balio and Fallon, JJ.